IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

GREGORY EDWARDS, JR.,
ADC #119437                                                                                        PLAINTIFF

v.                                             5:05CV00286 JMM

LARRY NORRIS, et al.                                                                        DEFENDANTS

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered, and Adjudged that this case be, and it is hereby, DISMISSED with prejudice. The relief sought is denied.

IT IS SO ADJUDGED this 17th day of January, 2007.


_____
United States District Judge